The People of the State of New York, Respondent, *v.* Frederick Spillman, Alias Robert Sunderland, Frederick Leo Spellman and Fred Williams, Appellant.

Submitted July 8, 1955; decided July 8, 1955.

*John McKim Minton* for motion.

No one opposed.

Motion granted and case set down for argument during the October, 1955, session of the Court of Appeals.